IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STACY THOMAS, In Her Official Capacity as Tax Commissioner for McDuffie County, Georgia, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CV 118-209 |
| DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; and CARRIE SAMUELS, | ) ) ) ) | |
| Defendants. | ) ) | |

_____

**O R D E R**
_____

Defendants removed the above-captioned case on December 4, 2018, from the Superior Court of McDuffie County, Georgia. (Doc. no. 1.) Defendant Carrie Samuels filed her answer and crossclaim on December 12, 2018. (Doc. no. 7.) On December 26, 2018, the presiding District Judge stayed this case, and on February 1, 2019, the stay was lifted. (Doc. nos. 10-12.) On February 5, 2019, Chief United States District Judge J. Randal Hall granted Petitioner Stacy Thomas's motion to deposit funds in the Court's registry and dismissed her from the case. (Doc. no. 13.)

Even accounting for the stay, the deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 3.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of

the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 21st day of March, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA