IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STACEY THOMAS, In Her Official Capacity as Tax Commissioner for McDuffie County, Georgia, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CV 118-209 |
| DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; and CARRIE SAMUELS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

_____

**O R D E R**

_____

On August 13, 2019, the Court scheduled a mediation between the remaining parties before the undersigned to be held on September 26, 2019. (Doc. no. 22.) However, on August 20, 2019, the Department of the Treasury and the Internal Revenue Service jointly filed a Notice of United States of America's Release of Claim to Funds In the Registry of the Court with the Court, thereby relieving the need for mediation. (Doc. no. 23.) Accordingly, the Court **CANCELS** the September 26th mediation in light of the notice.

SO ORDERED this 21st day of August, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA